IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YLY PROPERTY MANAGEMENT, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No.  4:23-CV-00997 |

### JOINT STIPULATION OF DISMISSAL OF DEFENDANT
### WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS and Defendant, YLY PROPERTY MANAGEMENT, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, YLY PROPERTY MANAGEMENT, LLC, and this entire case with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 11th day of March, 2024.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/  *Douglas S. Schapiro*_____
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com
        Attorney for Plaintiff

        */s/ Michael S. Martinez*
        Michael S. Martinez, Esq.
        State Bar No. 24078933
        Martinez Hsu, P.C.
        4001 Airport Fwy., Suite 150
        Bedford, TX  76021
        Phone: (682) 224-7810
        *msmartinez@mhlegalgroup.com*

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2024 we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL