IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  4:23-CV-00997 |
| vs. ) | |
| ) | |
| YLY PROPERTY MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed March 11, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, YLY PROPERTY MANAGEMENT, LLC, and this entire matter be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

SIGNED this 12th day of March, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE